UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA MARVETTA JONES,

    Plaintiff,

v.

SASA TRBOJEVIC and ARCH TRANSPORT, LLC,

    Defendants.

Case No. 24-cv-410-JPG

### MEMORANDUM AND ORDER

    This matter comes before the Court on the plaintiff's response to the Court's March 22, 2024, order to show cause (Doc. 14) why the Court should not transfer this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Oklahoma or some other convenient district. The plaintiff responded to the order with a "stipulation" of dismissal without prejudice (Doc. 15), but the stipulation was not effective because it did not bear the signature of the defendant Arch Transport as required by Federal Rule of Civil Procedure 41(a)(2)(A)(ii). It was also not effective as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) because Arch Transport has filed an answer.

    In its order to show cause the Court allowed the defendants seven days to reply to the plaintiff's response. No defendant has responded. The Court construes this as consent to the stipulation and as agreement that this case should be dismissed without prejudice. Accordingly, the Court **FINDS** that this case is **DISMISSED without prejudice** pursuant to Rule 41(a)(2)(A)(ii) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: May 1, 2024**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**